LAW OFFICES OF

# JOEL B. RUDIN

200 WEST 57TH STREET
SUITE 900
NEW YORK, NEW YORK 10019

TELEPHONE: (212) 752-7600
FACSIMILE: (212) 980-2968
E-MAIL: jbrudin@aol.com

February 22, 2007

**FACSIMILE & ECF**

Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   Su v. City of New York
              06 Civ. 687 (RJD) (CLP)

Dear Judge Pollak:

    This letter is respectfully submitted, with the consent of Assistant Corporation Counsel John Graziadei, to request that the compliance conference currently scheduled for February 26, 2007, be adjourned to April 12, 2007, at 11:00 a.m., a date your Honor's law clerk has advised is convenient for the Court and a date that Mr. Graziadei has advised is convenient for him as well. I am beginning a trial on February 26, 2007, in *People v. Sinha*, Supreme Court, New York County, Part 71, before Justice Carol Berkman and therefore, I am no longer available for a conference on that day.

    I apologize for making the request on such short notice and I thank the Court for its consideration.

                                           Respectfully submitted,

                                           Joel B. Rudin

JBR/sp

LAW OFFICES OF
## JOEL B. RUDIN

Honorable Cheryl L. Pollak
February 22, 2007
Page 2


cc:     John Graziadei, Esq.  (by fax)
        Assistant Corporation Counsel