US MAGISTRATE JUDGE CHERYL L. POLLAK

DATE: 6/1/07
TIME SPENT: 2.0 HR

DOCKET NO. 06 CV 687 (RJD)
CASE: Su v City of NY

- [x] INITIAL CONFERENCE
- [x] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [x] OTHER/STATUS CONFERENCE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE

**MANDATORY DISCLOSURE:**

____ COMPLETED    ____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

____ DISCOVERY TO BE COMPLETED BY _____
____ NEXT CONFERENCE SCHEDULED FOR _____
____ JOINT PRE-TRIAL ORDER TO BE SUBMITTED TO CLERK'S OFFICE BY _____

PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

**RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Pls counsel to produce prior criminal attorneys' files (not public docs) for in camera review by June 8; Martone files - June 15

Dft to produce on rolling basis (1st group - 6/22, 2d group 7/7):
1. records re cases listed in compl. to 1998
2. personnel records (limited to evaluations & salary) for prosecutors in above cases to 1998
3. list of witnesses who gave verbal admonishment to ADAs

④ 30(b)(6) witness re training, investiga[tion] & disciplinary recommendations to 1998

⑤ with respect to ADA Rosero same docs as in #2 plus any specific training records

⑥ check to see if D.A. has correspond file with letters to Discipl. Committee to 1998

⑦ Pls. request No. 14 — lawsuits to 1998 to be produced

⑧ Parties to enter into conf. order subject to objections as to specific designat.

Conference 7/18 at 10:30